# IN THE SUPREME COURT OF THE STATE OF NEVADA

CA LAS VEGAS CACTUS ROAD LLC,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
NANCY L. ALLF, DISTRICT JUDGE,
Respondents,
and
NICHOLAS ABARR; AND COURTNEY
ABARR,
Real Parties in Interest.

No. 73399

FILED

SEP 1 9 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION

This original petition for a writ of mandamus or prohibition challenges a district court order denying a motion for summary judgment in a tort action.

Having considered the petition and supporting documents, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991); *see Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344-45, 950 P.2d 280, 281 (1997) (observing that this court generally will not consider writ petitions challenging orders denying summary judgment motions). As petitioner has an adequate legal remedy

17-31595

available in the form of an appeal from the final judgment, *see Pan*, 120 Nev. at 224, 88 P.3d at 841, we

ORDER the petition DENIED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Nancy L. Allf, District Judge
Bremer Whyte Brown & O'Meara, LLP
Eglet Prince
Eighth District Court Clerk